IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY MATICH, | : |
| | : CIVIL ACTION NO. 3:22-cv-697 |
| Plaintiff | : |
| | : (JUDGE MANNION) |
| v. | : |
| | : |
| GINA MARIE BERUMEN O'BRIEN and TRISIA SEPULVEDA, | : |
| | : |
| Defendants. | : |

## STIPULATED MOTION TO STAY PROCEEDINGS

AND NOW, the Parties, by and through their undersigned counsel, hereby respectfully submit the instant Stipulated Motion to Stay Proceedings and request this Honorable Court to issue an Order staying this matter pending resolution of Defendant Gina Marie Berumen O'Brien's bankruptcy proceedings, and in support thereof aver and allege as follows:

1. On or about June 12, 2024, Defendant Gina Marie Berumen O'Brien filed a Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings. (ECF No. 38). A true and correct copy of Defendant's Notice is attached hereto and marked as Exhibit "A".

2. On or about August 14, 2024, this Honorable Court issued a Scheduling Order for a Telephonic Case Management Conference on August 23, 2024. (ECF No. 39). A true and correct copy of the Court's August 14, 2024 Order is attached hereto and marked as Exhibit "B".

3. On or about August 15, 2024, this Honorable Court issued a Verbal Order rescheduling the Telephonic Case Management Conference for August 29, 2024. (ECF No. 40).

4. Given the circumstances surrounding Defendant O'Brien's bankruptcy proceedings, the Parties jointly and respectfully request that this Honorable Court stay the proceedings in this matter pending the resolution of Defendant O'Brien's bankruptcy matter.

WHEREFORE, the Parties, respectfully request this Honorable Court issue an Order staying this matter pending the resolution of Defendant Gina Marie Berumen O'Brien's bankruptcy proceedings.

Respectfully and Jointly Submitted:

*ROTHENBERG & CAMPBELL*                                *KOLMAN LAW P.C.*

BY: _____        BY: /s/ Timothy M. Kolman
      Dave W. Rothenberg, Esq.                        Timothy M. Kolman, Esq.
      *Attorney for the Defendants.*                     *Attorney for the Plaintiff.*

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY MATICH, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION No. 3:22-cv-697 |
| | : | |
| v. | : | (JUDGE MANNION) |
| | : | |
| GINA MARIE BERUMEN O'BRIEN and TRISIA SEPULVEDA | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF SUGGESTION OF BANKRUPTCY
## AND AUTOMATIC STAY OF PROCEEDINGS

PLEASE TAKE NOTICE that on June 3, 2024, Defendant Gina Marie Berumen O'Brien, filed a Voluntary Petition for Relief under Chapter 7 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas that has been assigned Case No.: 24-51058-mmp.

In accordance with the automatic stay imposed by operation of Section 362 of the Bankruptcy Code, from and after the Petition Date, no cause of acting arising prior to, or relating to the period prior to, the Petition Date may be commenced or continued against the debtor and no related judgment may be entered or enforced against the debtor outside the Bankruptcy Court without the Bankruptcy Court first issuing an Order lifting and/or modifying the automatic stay for such specific purpose. See 11 U.S. Code § 362.

1

This, the 12th day of June, 2024.

                          Respectfully Submitted,

                          **ROTHENBERG & CAMPBELL**

BY: _____

                          Dave W. Rothenberg, Esquire
                          Attorney ID No.: 326483
                          345 Wyoming Ave., Suite 210
                          Scranton, Pennsylvania 18503
                          P: 570.207.2889 | F: 570.207.3991
                          Email: HRLaw06@gmail.com
                          *Counsel for the Defendants.*

2

# Exhibit "B"

# Exhibit "B"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KELLY MATICH, :

       Plaintiff, : CIVIL ACTION NO. 22-697

v. : (JUDGE MANNION)

GINA MARIE BERUMEN :
O'BRIEN, et. al.,
                                    :
       Defendants.

## ORDER

In order to establish appropriate pretrial deadlines, **IT IS HEREBY ORDERED**:

1. A case management conference will be conducted by the court on **Friday, August 23, 2024, at 2:00 p.m.** This conference will be held by telephone but may be held in-person if counsel requests and has the concurrence of all other counsel. In which case it will be held in the Chambers of the Honorable Malachy E. Mannion, at the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Room 415, Scranton, Pennsylvania. It will be the responsibility of the plaintiff's counsel to inform the court, at least three (3) business days before the conference if the conference will be held in person. If the

conference will remain by teleconference the plaintiff's counsel is to initiate the conference call, on the date of the conference.

2. The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as efficiently as possible. Participation in this conference by counsel or by pro se litigants is mandatory.

3. If counsel of record is unable to participate in the conference, the court shall be notified of the name of the substitute counsel, at least three (3) business days in advance of the date of the conference. The court's telephone number is (570) 207-5760.

4. Counsel are advised to comply with Local Rule 16.3 of the Middle District of Pennsylvania. Local Rule 16.3(a) requires lead counsel for each party to "confer at least fourteen (14) days prior to the initial case management conference". Where the case management plan requests dates, counsel should agree upon a specific month, day and year. (Please do not make entries such as "28 days after the close of discovery"). The completed Joint Case Management Plan (a sample of which is set forth in Appendix A of the local rules), must be e-filed with the court at least seven (7) business days prior to the case management conference. Parties must

use the most recent Joint Case Management form from the Middle District web-site.

5. Counsel should note that the Middle District of Pennsylvania adheres to Federal Rule of Civil Procedure 26. However, since the joint case management plan contemplates discovery prior to the Rule 26(f) meeting, it will be deemed an exception to the limitation on discovery contained in the first sentence of Rule 26(d).

6. Counsel shall not cease active discovery pending disposition of pre-trial motions, including, but not limited to, motions to dismiss.

7. The parties are advised that once the deadlines have been established, extensions of those time periods will be sparingly granted and only for good cause shown, upon application made before the expiration of the relevant deadline. Counsel may not stipulate to extensions, without court approval.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: August 14, 2024
22-697-02