IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KELLY MATICH,                       :        CIVIL NO. 3:22-CV-0697
                                    :
        Plaintiff                   :        JUDGE SAPORITO
                                    :
           v.                       :
                                    :           FILED
                                    :        WILKES BARRE
GINA MARIE O'BRIEN, et al.,         :        MAR 06 2025
                                    :        PER _____
        Defendants                  :        DEPUTY CLERK

ORDER

AND NOW, this 6th day of March, 2025, due to the failure of pro se defendant Berumen O'Brien to participate in the telephonic case management conference scheduled for March 5, 2025, IT IS HEREBY ORDERED THAT:

1.    Counsel for plaintiff shall place on the docket a proposed scheduling order for the Court's consideration and shall serve a copy of the proposed order on the pro se defendants at their addresses of record.

2.    Pro se defendants shall be afforded ten (10) days from the date of filing of the proposed scheduling order to inform the Court of any objections they may have to the order.

3.    If no objections to the proposed order are received within the

specified time frame, the Court shall adopt plaintiff's proposed

scheduling order as its own.

JOSEPH F. SAPORITO, JR.
United States District Judge