UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY MATICH :<br><br>*Plaintiff,* :<br><br>v. :<br><br>CHRISTINA BERUMEN et al. :<br><br>*Defendants.* :<br>: | Civil Docket No.: 22-00697-JFS |

## SCHEDULING ORDER

AND NOW, this 26th day of March, 2025, following the case management conference held on March 5, 2025, IT IS HEREBY ORDERED THAT the following case management deadlines are established in the above-captioned action:

1. Joinder of Parties. Any joinder of parties shall be accomplished by April 5, 2025.

2. Amendments. Amendments to the pleadings shall be filed by April 5, 2025. Said amendment shall be accompanied by either motion or written consent by an adverse party, as required by rule 15(a) Fed. R. Civ. P.

3. Discovery. All discovery shall be completed by September 5, 2025.

4. Expert reports. Reports of plaintiff's retained experts shall be produced by October 5, 2025. Reports of defendants' retained experts shall be produced by November 5, 2025. Supplementations shall be due December 5, 2025.

Counsel are reminded that discovery disputes will be handled as follows: in the first instance, counsel should discuss, in good faith, an equitable resolution of the discovery disagreements. If this good-faith discussion is unsuccessful, <u>counsel should place on the docket</u> a letter describing the nature of the discovery dispute, and the Court shall promptly schedule a

conference call among all parties to discuss and resolve the dispute. If, after the conference call, the Court believes the issues need briefing by the parties, it will set down an appropriate briefing schedule. No written discovery motions ought to be filed without leave of court, and even then only following the above-noted procedure.

     5.    Dispositive Motions. All dispositive motions shall be filed by January 5, 2026.

     6.    Final pretrial conference and trial. Counsel have advised that they anticipate the case will be trial-ready in March 2026.

The final pretrial conference and trial dates will be determined after the dispositive motion deadline has expired. Counsel shall not cease active discovery pending disposition of any pretrial motions, including but not limited to, motions to dismiss.

Should the parties enter into private mediation, the Court should immediately be notified of the proposed date for mediation. Additionally, if mediation is successful, counsel shall immediately notify the Court.

*JOSEPH F SAPORITO, JR*
United States District Judge