**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KELLY MATICH,<br><br>Plaintiff,<br><br>v.<br><br>GINA MARIE BERUMEN O'BRIEN, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:22-cv-00697<br><br>(SAPORITO, J.) |

**ORDER**

AND NOW, this 30th day of September, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's motion for summary judgment (Doc. 54) is **GRANTED in part and DENIED in part**;

2. The plaintiff's motion is **GRANTED** with respect to the plaintiff's claim for intrusion upon seclusion invasion of privacy, set forth in Count VI of the amended complaint;

3. The plaintiff's motion is **DENIED** with respect to all other claims;

4. The clerk is directed to enter **JUDGMENT OF LIABIILTY** in favor of the plaintiff and against the defendants with respect to the

plaintiff's claim for intrusion upon seclusion invasion of privacy, set forth in Count VI of the amended complaint;

5. The parties are directed to **SHOW CAUSE** why summary judgment should not be entered in favor of the defendants and against the plaintiff with respect to the plaintiff's claims of defamation (Count I), intentional infliction of emotional distress (Count II), false light invasion of privacy (Count III), defamation by innuendo (Count IV), statutory identity theft (Count V), and tortious interference with contractual relations (Count VII);

6. Each party shall file a brief in response to the court's order to show cause **within thirty (30) days** after entry of this order, *see* M.D. Pa. LR 7.6, each of which shall be accompanied by a separate, short, and concise statement of the material facts, responding to the numbered paragraphs of the court's statement of material facts in the accompanying Memorandum, as to which it is contended that there exists a genuine dispute of material fact, *see* M.D. Pa. L.R. 56.1;

7. Each party may file a reply brief, if desired, **within fourteen (14) days after service** of another party's brief in response to the court's order to show cause; and

8. The court will defer setting this matter down for a jury trial until after disposition of the court's sua sponte motion for summary judgment.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge